

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00153-CV

| | | |
|---|---|---|
| Todd C. Brennan and Valerie S. Smith, Frank Gallison and Nanette Gallison, Rebecca Hanley, Gordon Hiebert and Kimberly Hiebert, William Hood and Leonila Hood, Layne Kasper and Jessica Kasper, James Kitchen and Martha Kitchen, Shaun Kretzschmar and Natalie Kretzschmar, Scott Mitchell and Leslie Mitchell, Evan Peterson and Gayle Peterson, Brian Stagner and Amy Stagner, Steven Tomhave and Jetty Tomhave, and Robert Wood and Mary Frances Wood | § | From the 43rd District Court |
| | § | of Parker County (CV10-0429) |
| v. | | |
| | § | June 2, 2016 |
| City of Willow Park, Texas, Parker County Appraisal District, Parker County Appraisal Review Board, City of Aledo, Texas, and Larry Hammonds in His Official Capacity as Parker County Tax Assessor/Collector | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that

there was no error in the trial court's order.  It is ordered that the order of the trial

court is affirmed.  We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellants Todd C. Brennan and Valerie S. Smith, Frank Gallison and Nanette Gallison, Rebecca Hanley, Gordon Hiebert and Kimberly Hiebert, William Hood and Leonila Hood, Layne Kasper and Jessica Kasper, James Kitchen and Martha Kitchen, Shaun Kretzschmar and Natalie Kretzschmar, Scott Mitchell and Leslie Mitchell, Evan Peterson and Gayle Peterson, Brian Stagner and Amy Stagner, Steven Tomhave and Jetty Tomhave, and Robert Wood and Mary Frances Wood shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Anne Gardner_____
    Justice Anne Gardner